## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| CARL BENNETT, | ) | NO.   CV 18-4996-VBF (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| FELICIA PONCE, et. al., | ) | |
| Defendants. | ) | |

   Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to Defendants Matthews and Aird and without prejudice and with leave to amend as to Defendants Castro and Ponce.

Dated: June 5, 2020

*Valerie Baker Fairbank*

   VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE