UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV18-04996-VBF (AS) | Date | July 22, 2020 |
|---|---|---|---|
| Title | *Carl Bennett v. Felicia Ponce, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On June 5, 2020, the Court issued an Order dismissing this action <u>with prejudice</u> against Defendants Matthews and Aird. (Dkt. No. 54). The Order also dismissed Plaintiff's Fourth Amended Complaint against Defendants <u>Castro and Ponce</u> (i.e., the sole remaining Defendants), <u>without prejudice and with leave to amend</u> within thirty days.

On June 8, 2020, the Court issued an order directing Plaintiff to file a Fifth Amended Complaint against defendants Castro and Ponce, the remaining defendants, no later than July 8, 2020, if he still wished to pursue this action. (Dkt. No. 56). Plaintiff was "explicitly cautioned that failure to timely file a Fifth Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. <u>See</u> Fed. R. Civ. P. 41(b)." <u>Id.</u>

To date, Plaintiff has failed to file a Fifth Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than August 13, 2020**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Fifth Amended Complaint that complies with the Court's previous orders or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Fifth Amended Complaint. A copy of the Court's Orders, dated June 5, 2020, and June 8, 2020, (Dkts. Nos. 54, 55 and 56) are attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV18-04996-VBF (AS) | Date | July 22, 2020 |
|---|---|---|---|
| Title | *Carl Bennett v. Felicia Ponce, et al.* | | |

  If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

  IT IS SO ORDERED.

cc: Valerie B. Fairbank, United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |