UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARL BENNETT,** <br> Plaintiff, <br> v. <br> FELICIA PONCE et al., <br> Defendants. | **No. LA CV 18-04996-VBF-AS** <br> **ORDER** <br> Adopting the Report & Recommendation: Dismissing the Action With Prejudice For Lack of Prosecution and Failure to Comply With Court Orders |

The Report and Recommendation is **ADOPTED**: this action is **DISMISSED WITH PREJUDICE** for lack of prosecution and failure to comply with court orders.

Consistent with Fed. R. Civ. P. 58, final judgment will be entered as a separate document.

This action is **TERMINATED (JS-6).**

IT IS SO ORDERED.

Dated: June 2, 2021

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge