JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARL BENNETT,** | **No. LA CV 18-04996-VBF-AS** |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| FELICIA PONCE et al., | |
| Defendants. | |

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: June 2, 2021

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge